United States Bankruptcy Court
Middle District of North Carolina

In re:  
Joshua Adam Dowler  
Sharen Renee Dowler  
    Debtors

Case No. 23-10408-bak  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0418-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 02, 2025      Form ID: pdf013      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua Adam Dowler, Sharen Renee Dowler, 6163 Unity St., Thomasville, NC 27360-5944 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Bridgecrest Acceptance Corporation c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Anita Jo Kinlaw Troxler | on behalf of Trustee Anita Jo Kinlaw Troxler office4@chapter13gboro.com, office5@chapter13gboro.com |
| Anita Jo Kinlaw Troxler, | office@chapter13gboro.com office5@chapter13gboro.com |
| Edward C. Boltz | on behalf of Joint Debtor Sharen Renee Dowler eboltz@johnorcutt.com postlegal@johnorcutt.com;johnorcutt.ncm.e754@freelooks.counselkit.com;ecf.ncm.t1@sitekitmail.com;ecf.ncm.t2@sitekitmail.com;ck.freelooks+ncm+eboltz@gmail.com |
| Edward C. Boltz | on behalf of Debtor Joshua Adam Dowler eboltz@johnorcutt.com postlegal@johnorcutt.com;johnorcutt.ncm.e754@freelooks.counselkit.com;ecf.ncm.t1@sitekitmail.com;ecf.ncm.t2@sitekitmail.c |

| | | |
|---|---|---|
| District/off: 0418-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 02, 2025 | Form ID: pdf013 | Total Noticed: 1 |

om;ck.freelooks+ncm+eboltz@gmail.com

John Paul Hughes Cournoyer
    bancm_ecf@ncmba.uscourts.gov  jp_cournoyer@ncmba.uscourts.gov

Kelly Dowd Tomasic
    on behalf of Creditor M&T Bank bkymail@hutchenslawfirm.com

Nathan L. Strup
    on behalf of Creditor United States of America nathan.strup@usdoj.gov
    RStoltzSmith@usa.doj.gov;CaseView.ECF@usdoj.gov;sheila.blumke@usdoj.gov

Pamela P. Keenan
    on behalf of Creditor Bridgecrest Acceptance Corporation PKeenan@kirschlaw.com

Phillip A. Hedrick, Jr
    on behalf of Creditor M&T Bank bkymail@hutchenslawfirm.com  bkymail@hutchenslawfirm.com

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                                             )
                                                   )                **MOTION**
DOWLER, JOSHUA ADAM          xxx-xx-2310           )            **CHAPTER 13**
DOWLER, SHAREN RENEE         xxx-xx-9324           )
6163 UNITY ST                                      )       No:  23-10408    C-13G
THOMASVILLE, NC 27360                              )
                   Debtors                         )

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

    This plan was confirmed December 28, 2023.  The Debtors has defaulted in plan payments.  The Trustee recommends pursuant to 11 U.S.C. §1307(c) that the Debtors be dismissed from Chapter 13.

Date:   June 2, 2025                                  s/Anita Jo Kinlaw Troxler
AJKT:lac                                              Standing Trustee

-----------------------------------------------------------------------------------------------------------------------------------
**NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION**

You are notified that the foregoing matter will be heard before this Court on <u>July 22, 2025, at 3:00 p.m. in Courtroom #1, Second Floor, 101 S. Edgeworth Street, Greensboro, NC 27401</u>, at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date:   **June 2, 2025**                              OFFICE OF THE CLERK
                                                      U.S. Bankruptcy Court

PARTIES TO BE SERVED
PAGE 1 OF 1
23-10408 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

JOSHUA ADAM DOWLER
6163 UNITY ST.
THOMASVILLE, NC 27360

SHAREN RENEE DOWLER
6163 UNITY ST.
THOMASVILLE, NC 27360

EDWARD C. BOLTZ
SUITE D
1738 HILLANDALE RD.
DURHAM, NC 27705

PAMELA P. KEENAN
P.O. BOX 19766
RALEIGH, NC 27619

AMITKUMAR SHARMA
AIS PORTFOLIO SERVICES, LLC
4515 N SANTA FE AVE.
DEPT.APS
OKLAHOMA CITY, OK 73118

PHILLIP A. HEDRICK, JR
HUTCHENS LAW FIRM LLP
4317 RAMSEY STREET
P.O. BOX 2505
FAYETTEVILLE, NC 28302

NATHAN L. STRUP
U.S. ATTORNEY (MDNC)
101 S. EDGEWORTH STREET, 4TH FL
GREENSBORO, NC 27401